**In re BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION.**

**R + L Carriers, Inc., Plaintiff–Appellant,**

v.

**Pitt Ohio Express, Inc., Defendant–Appellee.**

**No. 2012–1142.**

United States Court of Appeals, Federal Circuit.

Jan. 25, 2013.

Anthony C. White, Thompson Hine, LLP, of Columbus, OH, argued for plaintiff-appellant. With him on the brief was Megan D. Dortenzo, of Cleveland, OH. Of counsel was Troy S. Prince, of Cleveland, OH.

Gretchen L. Jankowski, Buchanan Ingersoll & Rooney PC, of Pittsburgh, PA, argued for defendant-appellee. With her on the brief was Michael L. Dever.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.